# BONCHONSKY & ZAINO, LLP

ATTORNEYS AT LAW
226 SEVENTH STREET
GARDEN CITY, N.Y. 11530-5723

PETER R. BONCHONSKY
STEPHEN E. ZAINO*
LEONARD P. MARINELLO

ELLEN W. GROARKE
CHRISTOPHER J. W. VERBY
KEVIN M. BUTLER

*ALSO ADMITTED IN FLORIDA

516-747-1400
FAX 516-747-1455
WRITER'S E-MAIL:
KBUTLER@BZLAWNY.COM

OF COUNSEL
LARRY J. BONCHONSKY
ROBERT L. DOUGHERTY

February 24, 2020

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Via ECF**

Re: Appeals under Eastern District of New York case nos. 19-CV-2048 and 19-CV-2053 (U.S. Bankruptcy Court (EDNY) case no. 18-70291 - In re: Marilyn Mader) ("Supplement to Request/Application by Respondent to enlarge time")

Dear Judge Brown:

We are appellate counsel for respondent, JPMorgan Chase Bank, N.A. in the above referenced appeals under Eastern District of New York case numbers 19-CV-2048 and 19-CV-2053 (collectively "the appeals").

This letter is written simply to supplement, in one respect, my letter filed with the court on February 21, 2020 requesting an enlargement of time to file our respondent's brief.

My previous letter stated that the appellant, Marilyn Mader, served and filed her briefs on February 3, 2020. However, upon further review and correspondence with Ms. Mader, according to Ms. Mader's affirmation of service, she also served a copy of her briefs by mail on February 1, 2020. Thank you.

Respectfully,

/s/ *Kevin M. Butler*
Kevin M. Butler, Esq.
Appellate Counsel

cc: Marilyn Mader (by email and regular mail)