## BONCHONSKY & ZAINO, LLP

ATTORNEYS AT LAW
226 SEVENTH STREET
GARDEN CITY, N.Y. 11530-5723

PETER R. BONCHONSKY
STEPHEN E. ZAINO*
LEONARD P. MARINELLO

ELLEN W. GROARKE
CHRISTOPHER J. W. VERBY
KEVIN M. BUTLER

*ALSO ADMITTED IN FLORIDA

516-747-1400
FAX 516-747-1455
WRITER'S E-MAIL:
KBUTLER@BZLAWNY.COM

OF COUNSEL
LARRY J. BONCHONSKY
ROBERT L. DOUGHERTY

October 22, 2020

**VIA ECF**

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Appeals under Eastern District of New York case nos. 19-CV-2048 and 19-CV-2053
(U.S. Bankruptcy Court (EDNY) case no. 18-70291 – In re: Marilyn Mader)

Dear Judge Brown:

We are appellate counsel for appellee JPMorgan Chase Bank, N.A. in the above referenced appeals under Eastern District of New York case numbers 19-CV-2048 and 19-CV-2053 (collectively "the appeals").

We are aware of the request, entered October 22, 2020, by the appellant, Marilyn Mader ("Appellant"), for an additional 60-day extension of time to file her reply briefs in both the appeals.

As I advised Ms. Mader this morning, in response to her request sent yesterday afternoon, we cannot consent to an additional extension of time as her time to submit her reply briefs has already been extended 165 days.

Additionally, Appellant again references the size of the documents received, but our appellee brief in case no 19-CV-2048 is 24 pages total and our appellee brief in case no 19-CV-2053 is 32 pages total. Furthermore, the appendices are 605 and 779 pages respectively and consist almost entirely of documents from the items designated by Appellant to be included in the record on appeal. All the documents in the appendices were previously filed under the bankruptcy case docket (18-70291). Thank you.

Respectfully Submitted

/s/ Kevin M. Butler
Kevin M. Butler, Esq.

cc: Marilyn Mader (by regular mail)